JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIHAR DESAI, Trustee of the Hemangini Revocable Trust dated 1/21/05 and dba the ALAMEDA HOTEL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF LOS ANGELES, a municipal corporation; LOS ANGELES HOUSING DEPARTMENT; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No.: CV 10-8495 DSF (AJWx)<br><br>JUDGMENT |

This matter having proceeded to a bench trial, the Honorable Dale S. Fischer, District Judge, Presiding, and the Court having found in favor of the defendants,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/29/13

_____
Dale S. Fischer
United States District Judge